IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEVEN CRAWFORD,<br><br>    Defendant. | 8:20-CR-247<br><br>MEMORANDUM AND ORDER |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 51) denying Defendant's Motion to Suppress (Filing 33). Defendant has not objected.

28 U.S.C. § 636(b)(1) requires de novo review "only when a party objected to the magistrate's findings and recommendations." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (*quoting Peretz v. United States*, 501 U.S. 923, 939 (1991)). "[T]he failure to file objections eliminates not only the need for de novo review, but any review by the district court." *Id.* at 620. Furthermore, the Magistrate Judge advised the parties, pursuant to NECrimR 59.2, that any objection must be filed within fourteen days and "[f]ailure to timely object may constitute a waiver of any such objection." Filing 51 at 10. Because no party has objected, any objections are waived, and the Court will adopt the Magistrate Judge's Findings and Recommendation (Filing 51).

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing 51) is adopted; and
2. Defendant's Motion to Suppress (Filing 33) is denied.

Dated this 20th day of April, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge